E-FILED  2025 FEB 14 2:07 PM CLINTON - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR CLINTON COUNTY

| KEITH CHANDANAIS,<br><br>Plaintiff,<br><br>v.<br><br>THE PRAIRIE LINE, INC.<br><br>Defendant. | Case No. LACV050485<br><br><br>**ORIGINAL NOTICE** |
|---|---|

TO THE ABOVE-NAMED DEFENDANT:

You are hereby notified that there is now on file in the office of the clerk of the above court a Petition at Law naming you as a Defendant in the above-entitled action, a copy of the Petition at Law and Jury Demand is attached hereto. The Plaintiff's attorney is MaKayla J. Augustine, Spaulding & Shaull, P.L.C., 2423 Ingersoll Avenue, Des Moines, Iowa 50312. The attorney's phone number is (515) 277-6559 and facsimile number is (515) 277-7536.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter, file a motion or answer in the Iowa District Court for Clinton County, at the courthouse in Clinton, Iowa judgment by default will be rendered against you for the relief demanded in the Petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability coordinators cannot provide legal advice.

CLERK OF THE ABOVE COURT
Clinton County Courthouse
612 North 2nd Street
P.O. Box 2957
Clinton, IA 52732

**IMPORTANT**: You are advised to seek legal advice to protect your interests.

CEDAR VALLEY PROCESS SERVICE
DATE RECD: 2/17/25
TIME RECD: 11:30 Am
FILE NO: 25-0627

E-FILED  2025 FEB 14 3:05 PM CLINTON - CLERK OF DISTRICT COURT

**Iowa Judicial Branch**

Case No. **LACV050485**
County **Clinton**

Case Title   **KEITH CHANDANAIS V. THE PRAIRIE LINE, INC.**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued   **02/14/2025 03:05:42 PM**



District Clerk of Court or/by Clerk's Designee of   Clinton   County
**/s/ Amy Shumake**

E-FILED 2025 FEB 14 2:07 PM CLINTON - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR CLINTON COUNTY

| | |
|---|---|
| KEITH CHANDANAIS,<br><br>Plaintiff,<br><br>v.<br><br>THE PRAIRIE LINE, INC.<br><br>Defendant. | Case No. LACV050485<br><br>**PETITION AT LAW AND JURY DEMAND** |

COMES NOW, the Plaintiff, by and through the undersigned attorney, and for his Petition at Law and Jury Demand, hereby states the following:

1. At all times material hereto, Plaintiff, Keith Chandanais (hereinafter, "Plaintiff"), was an individual and resident of Clinton, Clinton County, Iowa.

2. At all times material hereto, Defendant, The Prairie Line, Inc. (hereinafter, "Defendant"), was a corporation registered with the Iowa Secretary of State to conduct business within the State of Iowa.

3. At all times material hereto, Defendant's principal place of business was in Iowa.

4. The allegations which gave rise to this lawsuit occurred in Clinton, Clinton County, Iowa.

5. The amount of damages in controversy meets applicable jurisdictional requirements.

6. At all times material hereto, Plaintiff was employed by Defendant as a conductor in Clinton, Iowa.

7. At all times material hereto, Kevin Wolf was employed by Defendant as Senior Manager in Clinton, Iowa.

8. On or about 6/14/2022, Plaintiff began working for Defendant as a conductor in Clinton, Iowa.

9. On or about 7/4/2024, Defendant was contracted with ADM to provide railroad services.

10. On 7/4/2024, Plaintiff reported unsafe working conditions to Defendant's Senior Manager, Kevin Wolf (hereinafter referred to as, "Senior Manager Wolf").

11. At that time, Plaintiff contacted Senior Manager Wolf reporting unsafe rail conditions within ADM's Clinton, Iowa facility.

12. Plaintiff advised Senior Manager Wolf that the working conditions were too unsafe for employees to work.

13. The unsafe conditions put Plaintiff and others at risk of serious bodily harm or death.

14. At that time, Senior Manager Wolf informed Plaintiff that if he refused to work in the reported unsafe conditions, he would be terminated.

15. With the threat of termination, Plaintiff continued to work in unsafe conditions for Defendant.

16. Thereafter, on 7/4/2024, Plaintiff instituted a formal complaint regarding the unsafe conditions to the Occupational Safety and Health Administration (OSHA).

17. On 7/5/2024, Plaintiff was informed his OSHA complaint could jeopardize Defendant's contract with ADM.

18. Defendant's contract with ADM was set to be renewed in July 2024.

19. Between 7/4/2024 and 7/6/2024, Senior Manager Wolf was informed of Plaintiff's OSHA complaint regarding the unsafe conditions.

20. On 7/6/2024, Plaintiff was not scheduled to work for Defendant.

21. On 7/6/2024, Senior Manager Wolf contacted Plaintiff to come into work for Defendant.

22. Upon arriving at work on 7/6/2024, Senior Manager Wolf informed Plaintiff he was terminated.

23. Prior to his 7/6/2024 termination, Plaintiff had not been disciplined or reprimanded by Defendant.

24. Iowa Code Chapter 88, the Occupational Safety and Health Act (IOSHA), constitutes a clearly defined public policy that protects identified and particular employment activities, including the institution of a complaint to IOSHA.

25. Iowa Code Chapter 88, IOSHA, constitutes a clearly defined public policy that protects identified and particular employment activities, including employees reporting safety issues or concerns to their employer.

26. Plaintiff engaged in a protected activity on 7/4/2024 when he instituted a safety complaint to IOSHA.

27. Plaintiff engaged in a protected activity on 7/4/2024 when he reported unsafe working conditions to Senior Manager Wolf.

28. Plaintiff's employment with Defendant was terminated due to his protected activities pursuant to Iowa Code Chapter 88.

29. Defendant lacked a valid or lawful business justification for terminating Plaintiff's employment.

30. Plaintiff sustained damages as a result of Defendant's wrongful discharge of his employment, including, but not limited to, mental and emotional distress; embarrassment; loss of enjoyment of life; lost wages and benefits; and future earnings.

31. The actions and conduct of Defendant amounted to a willful and wanton disregard for Iowa law so as to entitle Plaintiff to punitive and/or exemplary damages.

WHEREFORE, Plaintiff demands judgment against Defendant in a sum commensurate with the damages he has suffered, together with interest thereon as allowed by law, and for the costs of this action, as well as punitive damages.

### JURY DEMAND

COMES NOW, the Plaintiff, by and through the undersigned attorney, and hereby requests a trial by jury in the above-captioned matter.

Respectfully Submitted,

SPAULDING & SHAULL, P.L.C.

/s/ MaKayla Augustine
MaKayla J. Augustine, AT0014542
2423 Ingersoll Avenue
Des Moines, IA 50312
Phone: (515) 277-6559
Fax: (515) 277-7536
E: makayla.augustine@sslawplc.com
ATTORNEY FOR PLAINTIFF

Original filed.

**CVPS, LLC**
1729 FALLS AVE STE D
WATERLOO IA  50701
(319) 234-1407

A SCANNED COPY OF THIS DOCUMENT WAS FILD WITH THE IOWA EDMS.

## AFFIDAVIT OF RETURN OF SERVICE

STATE OF IOWA            )
                         )
__BLACK HAWK__           COUNTY)ss

I, the undersigned, being duly sworn on oath do hereby depose and state that I received the below referenced notice, order, and/or other document(s) on the __17__ day of __FEBRUARY__, 20 __25__, that on the __17__ day of __FEBRUARY__ 20 __25__, I served on the within-named __THE PRAIRIE LINE, INC__

at __315 E 5TH ST, SUITE 202__, in __WATERLOO__ in __BLACK HAWK__ County, Iowa by delivering a true and identical copy of each such item in the following manner:

____ I served the same by delivering a copy thereof to the above person(s) personally.

____ I served the same on the above person at the above person's dwelling house or usual place of abode (which place was not a rooming house, hotel, club or apartment building) by there delivering a copy thereof to the individual named below, a person who was then at least 18 years old.

____ I served the same on the above person at the above person's dwelling, house or usual of abode (which place was a rooming house, hotel, club or apartment) by there delivering a copy thereof to a member of the family or manager, clerk, proprietor, custodian or person(s) in possession named and described below, a person who was then at least 18 years old.

__✓__ I served the above person(s), company and/or corporation by delivering a copy to the person named and described Below.  Said service was made at the address shown below, if any, otherwise at the address above.
__RENEE L. DUESENBERG, AGENT FOR REGISTERED AGENTS, INC. SIGNED FOR AND PERSONALLY ACCEPTED SERVICE ON BEHALF OF THE PRAIRIE LINE, INC__

Rule 1.302(5) Original notices may be served by any person who is neither a party nor the attorney for a party to the action. A party or party's agent may take an acknowledgment of service and deliver a copy of the original notice
NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED (IF NOT SHOWN ABOVE)

Description of Person Served: *(Description of individual is subject to server's personal observation and interpretation at the time of service)*

Gender __Female__        Ethnicity/ Skin Color __White__        Approximate Age __50's__   Approximate Height __5__ ' __8__ "
Approximate Weight __229__ lbs   Hair Color __Blonde__        Beard/Mustache [ ]Y [✓]N   Glasses [✓]Y [ ]N

SERVICE TIME __3:04 PM__
CVPS FILE NO __25-0627__

BY __/s/ Matt Neberman__
MATT NEBERMAN, PROCESS SERVER

PROCESS TYPE __ORIGINAL NOTICE__
__PETITION AT LAW AND JURY DEMAND__
CASE # __LACV050485__

SUBSCRIBED AND SWORN TO BEFORE ME THE SAID __MATT NEBERMAN__ THIS __18__ DAY OF __FEBRUARY__, 20 __25__



**CVPS, LLC**
TAX ID: 46-1053224
cvps@cvpsllc.net
www.cvpsllc.net

_/s/ Jennifer Jean Postel_
NOTARY PUBLIC


JENNIFER JEAN POSTEL
COMMISSION NO. 850940
MY COMMISSION EXPIRES

# ORIGINAL NOTICE; PETITION AT LAW AND JURY DEMAND

**INDEX/CASE#** LACV050485  **JOB#**

## CVPS, LLC - TRIP SHEET

**FILE NO.** 25-0627  **DATE RECEIVED:** 2/17/2025  **TIME:** 11:30 AM

| # | DATE & TIME | ADDRESS | COMMENTS |
|---|---|---|---|
| 1 | 12/17/25 3:04 pm | 315 E 5TH ST, SUITE 202 | personally served Renee Duesenberg |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

**Person(s) to be served:** THE PRAIRIE LINE, INC C/O REGISTERED AGENTS, INC.

**Signature:** Renee L Duesenberg  **Printed Name (if different from above):** Renee L. Duesenberg

The above individual(s), were served: ☑ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9 copies of service

☐ M  ☒ F  ☐ Non-Binary  **Ethnicity** W  **Age** 58  **Height** 5'8"

**Weight** 229 lbs  **Hair Color** Blond  **Beard/Mustache** ☐ Y ☒ N  **Glasses** ☒ Y ☐ N

**Business / Person Requesting Service:** 515-277-6559 NATHANIEL D. STAUDT SPAULDING & SHAULL, PLC 2423 INGERSOLL AVE DES MOINES IA 50312

**Address(es) to be served:** 315 E 5TH ST, SUITE 202

W (03)

PRINTED 6 PAGES
SENT FROM: MAKAYLA AUGUSTINE

**Special Instructions:** PPD INVOICE

**Paid $** 80.00  **CK#/CC/Cash** CC  **Date Received:** 2/17/2025

IN THE IOWA DISTRICT COURT FOR CLINTON COUNTY

| | |
|---|---|
| KEITH CHANDANAIS,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRAIRIE LINE, INC.,<br><br>    Defendant. | Law No. LACV 050485<br><br><br>ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT AND STIPULATION FOR EXTNENSION OF TIME |

Thomas M. Cunningham of Nyemaster Goode, P.C., hereby enter his appearance as counsel for Defendant The Prairie Line, Inc.

Defendant was served on February 17, 2025. Counsel for Plaintiff and Defendant have stipulated that Defendant shall have an extension of time to and including March 24, 2025, within which to answer or otherwise plead in response (including without limitation all Rule 1.421 motions and defenses) to Plaintiff's Petition.

/s/ Thomas M. Cunningham
Thomas M. Cunningham AT0001830
Email: tmcunningham@nyemaster.com
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-8176
Facsimile: (515) 283-8045
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 6, 2025, the foregoing was filed with the Clerk of Court using the Iowa Electronic Document Management System, which will send notifications of electronic filing to the following counsel.  Per Iowa Rule 16.318(1), this constitutes service of the document for purposes of the Iowa Court Rules.

MaKayla J. Augustine, AT0014542
2423 Ingersoll Avenue
Des Moines, IA 50312
Phone: (515) 277-6559
Fax: (515) 277-7536
E: makayla.augustine@sslawplc.com
ATTORNEY FOR PLAINTIFF

*/s/ Thomas M. Cunningham*