IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF IOWA EASTERN DIVISION

| | |
|---|---|
| KEITH CHANDANAIS,<br><br>Plaintiff,<br><br>v.<br><br>THE PRAIRIE LINE, INC.<br><br>Defendant. | Case No. 3:25-cv-00029<br><br>**JOINT STATUS CONFERENCE STATEMENT** |

Pursuant to the Court's April 29, 2025 Order regarding status conferences, the parties submit the following in advance of the August 28, 2025 status conference:

At this time, the parties do not believe there are any matters that require discussion with the Court during the upcoming status conference. The parties are presently on track to meet the deadlines set forth in the Court's Scheduling Order and Discovery Plan.

Counsel for Plaintiff has conferred with counsel for Defendant, who consents to the filing of this Joint Status Conference Statement.

    Respectfully submitted,

    SPAULDING & SHAULL, P.L.C.

    /s/ MaKayla Augustine
    MaKayla J. Augustine, AT0014542
    2423 Ingersoll Avenue
    Des Moines, IA 50312
    Phone: (515) 277-6559
    Fax: (515) 277-7536
    E: makayla.augustine@sslawplc.com
    ATTORNEY FOR PLAINTIFF

Electronically served:

Thomas M. Cunningham
Email: tmcunningham@nyemaster.com
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-8176
Telephone: (515) 645-5529
Facsimile: (515) 283-8045
ATTORNEY FOR DEFENDANT

| CERTIFICATE OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on August 25, 2025. |
| By: ☐ U.S. Mail ☐ FAX<br>☐ Hand Delivered ☐ Overnight Courier<br>☐ Certified Mail X Other - Email |
| /s/ MaKayla Augustine |